# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.M. MCDONALD, M.C. HOLIFIELD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**BRANDON S. MCKENZIE**
**AIRMAN RECRUIT (E-1), U.S. NAVY**

**NMCCA 201400190**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 11 February 2014.
**Military Judge**: CAPT Robert B. Blazewick, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Air Technical Training Center, Pensacola, FL.
**Staff Judge Advocate's Recommendation**: LT Joel White, JAGC, USN.
**For Appellant**: LT Jonathan M. Hawkins, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 August 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court